No. 18. JOHN W. MURPHY, ATTORNEY GENERAL OF THE STATE OF ARIZONA, ET AL. *v.* A. SARDELL. Appeal from the District Court of the United States for the District of Arizona. Argued October 8, 1925. Decided October 19, 1925. *Per Curiam.* The judgment of the District Court is affirmed upon the authority of *Adkins* v. *Children's Hospital,* 261 U. S. 525. Mr. Justice Holmes requests that it be stated that his concurrence is solely upon the ground that he regards himself bound by the decision in *Adkins* v. *Children's Hospital.* Mr. Justice Brandeis dissents. *Mr. Earl Anderson,* with whom *Messrs. James P. Lavin* and *John W. Murphy* were on the brief, for appellants. *Messrs. Thomas G. Nairn* and *Challen B. Ellis,*

with whom *Messrs. Louis Henry Chalmers, Alexander Britton* and *Leslie C. Hardy* were on the brief, for appellee.